# **EXHIBIT A**

**BOSTON TOWING & TRANSPORTATION COMPANY, INC.**
404 Border St., E. Boston, MA 02128

Job No: S1402-17

Date: 5 December 2017

Tug Power Provided: m/v Helsinki Bridge _____ and Owners

From: Stream   To: Conley Terminal

Vessel Power: Yes (YES or NO)   Stern in: No (YES or NO)   Tugs Ordered For: 1100

Reported Alongside: 1050   Started: 1050   Dismissed: 1200

Cause of Excess Time: _____

Tugs Used: 1 Justice   2 Liberty   3 Freedom
4 ___   5 ___   6 ___

When the Captain or other officer of any tug provided for, or engaged in, the service of furnishing tug power, or assistance to, a vessel which makes use of or has available her own propelling power goes on board said vessel, or any other licensed pilot goes on board said vessel, it is understood and agreed that said tug boat captain or other officer or licensed pilot becomes the servant of the owners of said vessel in respect to the giving of orders to any of the tugs provided for, or engaged in, said service and in respect to the handling of such vessel, and neither those providing the tug or tugs nor the tug or tugs, their owners, agents or charterers shall be under any liability for damages resulting therefrom, and, further, that said tug or tugs and/or their owners, agents and/or charterers shall be under no liability for executing the orders of said tug captain or other officer of licensed pilots.

Approved: J. Tomi   MASTER

WP/1022

d 7/7

INVOICE # 17233A   DATE 5 December 2017

TO THE MASTER, OWNERS, MANAGERS OF: m/v Helsinki Bridge

GROSS 96,801   DWT 96,980   UNITS 1644   DRAFT FWD 10.55   AFT 10.7

LOA 1097.6   BEAM 149.7

**TO: CAPTAIN MICHAEL F. DUARTE** • 22 Powderhorn Way • Sandwich, MA 02563 U.S.A.

FOR SERVICES RENDERED IN ASSISTING MASTER:   (DOCK)   UNDOCK   STERNFIRST (1 MI-BRIDGE)   NIGHT   DEADSHIP

TIMED ORDERED 1100

OWNER OR AGENT K Line

FROM Stream   TO Conley Terminal Pl #100   $ 806.00

1644 units x .49 rate

TOTAL DUE $ 806.00

**PILOTAGE CLAUSE**
PILOT NOT TO BE HELD PERSONALLY LIABLE - The pilot is the servant of the vessel and its owners and/or operator and is not to be held personally liable. It is specifically agreed that the pilot is the servant of the vessel and its owner and is an advisor to the master and is at all times subject to the control of the master. The services of the pilot while participating in directing the navigation of a vessel from on board such vessel or from elsewhere are accepted on the understanding that neither the owner nor the operators of a vessel making use of or having available her own propelling power will assert any personal liability to respond in damages, including any rights over, against the pilot for any damages sustained or caused by the vessel, even though resulting from the pilot's negligence, in respect to the giving of orders to any of the tugs furnished to or engaged in the assisting services and/or in respect to the handling of such vessel. Furthermore, in the event of any claim against the pilot by any third party, the owner and/or operator agrees to defend, save and hold the pilot harmless from any and all claims except for actions which are found to be occasioned by the pilot's willful misconduct or gross negligence.

**PAYMENT CLAUSE**
Invoice due and payable within 30 days. Prevailing party shall be entitled to recover reasonable attorneys fees and costs incurred in any action or proceeding arising out of or relating to this invoice. The laws of the U.S. shall prevail. Venue shall be Boston, Massachusetts, U.S.A.
I agree on behalf of my Owners to the terms of the Pilotage and Payment Clause as here set forth.

Approved: _____ MASTER

Received Payment: _____ Pilot