UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:20-CV-12153 (PBS)

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>　　Plaintiff<br><br>v.<br><br>M/V ONE HELSINKI, *Her engines, tackle, equipment, appurtenances, etc., in rem, formerly known as* HELSINKI BRIDGE, IMO No. 9588081,<br><br>and<br><br>DAISY SHIP HOLDINGS S.A., K LINE SHIP MANAGEMENT (Singapore) PTE LTD, BOSTON LINE & SERVICE CO., INC., and MICHAEL DUARTE *in personam,*<br><br>　　Defendants | DEFENDANT<br>MICHAEL DUARTE'S<br>ANSWER TO CROSSCLAIMS OF<br>M/V ONE HELSINKI |

NOW COMES the Defendant, Michael Duarte, ("Capt. Duarte") and answers the Crossclaims of Defendant M/V ONE HELSINKI as follows:

1. Admitted.

2. Denied as not calling for an answer from Capt. Duarte.

3. Admitted.

4. Admitted upon information and belief.

5. Admitted except for Apartment 2 which is denied.

6. Admitted except to say that Capt. Duarte served as docking master and in that capacity delivered the vessel to its berth.

7. Denied as calling for a conclusion of law.

8. Denied.

9. Admitted upon information and belief.

10. Admitted.

11. Admitted.

## COUNT I
### (CONTRIBUTION AGAINST BOSTON LINE & SERVICE, INC)

Paragraphs 12-14 are not addressed to Capt. Duarte and therefore require no response from him.

## COUNT II
### (INDEMNITY AGAINST BOSTON LINE & SERVICE CO. INC.)

Paragraphs 15-17 are not addressed to Capt. and therefore require no response from him.

## COUNT III
### (NEGLIGENCE AND BREACH OF WORKMANLIKE PERFORMANCE AGAINST BOSTON LINE & SERVICE CO. INC.)

Paragraphs 18-20 are not addressed to Capt. Duarte and therefore require no response from him.

## COUNT IV
### (CONTRIBUTION AGAINST MICHAEL DUARTE)

21. There is no paragraph 21 in ONE HELSINKI's Crossclaims.

22. Capt. Duarte repeats his responses to paragraphs 1-20 and incorporates the same herewith.

23. Denied.

## COUNT V
### (INDEMNITY AGAINST MICHAEL DUARTE)

24. Capt. Duarte repeats his responses to paragraphs 1-23 and incorporated the same wherewith.

25. Denied.

26. Denied.

## COUNT VI
## (BREACH OF WORKMANLIKE PERFORMANCE AGAINST MICHAEL DUARTE)

27. Capt. Duarte repeats his responses to paragraphs 1-26 and incorporates the same herewith.

28. Denied as calling for a conclusion of law.

29. Denied.

WHEREFORE, Capt. Duarte respectfully requests that this Honorable Court dismiss Counts IV, V, and VI of the defendant One Helsinki's Crossclaims against him, with prejudice, and with an award of costs and reasonable attorneys' fees as may be allowable.

DEFENDANT,

MICHAEL DUARTE

By his attorney,

/s/ William Hewig III
William Hewig, III (BBO# 541910)
KP LAW, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
whewig@k-plaw.com

CERTIFICATE OF SERVICE

I certify that the within document will be served by first class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.  /s/William Hewig III

#762380v2/60257/0625