UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, SS.                                              C.A. No. 1:20-CV-12153-PBS

| | |
|---|---|
| **AMERICAN HOME ASSURANCE COMPANY**, as subrogee and assignee of the Massachusetts Port Authority<br><br>     **Plaintiff**<br><br>v.<br><br>**M/V ONE HELSINKI f/k/a HELSINKI BRIDGE, IMO NO. 9588081**, her engines, tackle, equipment, appurtenances, etc., *in rem*,<br><br>and<br><br>**DAISY SHIP HOLDING S.A., K LINE SHIP MANAGEMENT (SINGAPORE) PTE LTD., BOSTON LINE & SERVICE CO., INC.,** and **MICHAEL DUARTE,** *in personam*,<br><br>     **Defendants** | **DEFENDANT MICHAEL DUARTE'S ANSWERS TO BOSTON LINE AND SERVICE CO.'S CROSS CLAIMS** |

NOW COMES Michael Duarte ("Capt. Duarte"), Defendant in the above-captioned action, and answers the Boston Line and Service Co.'s Cross-Claim as follows:

### COUNT V
### (Indemnification – Michael Duarte)

47. Paragraphs 1-46 are not addressed to the defendant Capt. Duarte and therefore require no response from him.

48. Denied as calling for a conclusion of law.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

## COUNT VI
### (Contribution – Michael Duarte)

54. Defendant Capt. Duarte repeats his responses to para. 1-53 and incorporates the same herewith.

55. Denied as calling for a conclusion of law.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

**WHEREFORE,** the Defendant Capt. Michael Duarte respectfully requests that this Honorable Court dismiss COUNTS V and VI of the Defendant Boston Line and Service Co.'s Amended Cross Claims against him with prejudice, and with an award of costs and reasonable attorney's fees as may be allowable by law.

MICHAEL DUARTE

By his attorney,

/s/William Hewig, III
William Hewig, III (BBO# 541910)
KP Law, P.C.
101 Arch Street
12th Floor
Boston, MA 02110-1109
Phone (617) 556-0007
Email: whewig@k-plaw.com

Date: October 4, 2021

CERTIFICATE OF SERVICE

I, William Hewig, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/ William Hewig

#782346/60257/0625