UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, SS.                                                           C.A. No. 1:20-CV-12153-PBS

| |
|---|
| **AMERICAN HOME ASSURANCE COMPANY**, as subrogee and assignee of the Massachusetts Port Authority <br><br> **Plaintiff** <br><br> v. <br><br> **M/V ONE HELSINKI f/k/a HELSINKI BRIDGE, IMO NO. 9588081, her engines, tackle, equipment, appurtenances, etc.,** *in rem*, <br><br> and <br><br> **DAISY SHIP HOLDING S.A., K LINE SHIP MANAGEMENT (SINGAPORE) PTE LTD., BOSTON LINE & SERVICE CO., INC., and MICHAEL DUARTE,** *in personam*, <br><br> **Defendants** |

MOTION TO WITHDRAW
(Permission Granted on 11-23-21)

     NOW COMES undersigned counsel for Capt. Michael Duarte, defendant in the above-captioned case, and respectfully moves this Honorable Court to Withdraw as counsel for Capt. Michael Duarte. Permission of the Court was granted on November 23, 2021.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the Motion to Withdraw as counsel for the Defendant Capt. Michael Duarte.

| MICHAEL DUARTE | BOSTON LINE & SERVICE CO., INC. |
|---|---|
| By his attorney, | By its attorneys, |
| /s/William Hewig, III <br> William Hewig, III (BBO# 541910) <br> KP Law, P.C. <br> 101 Arch Street, 12th Floor <br> Boston, MA  02110-1109 <br> Phone (617) 556-0007 <br> Email:  whewig@k-plaw.com | /s/ Samuel P. Blatchley <br> Samuel P. Blatchley (BBO#670232) <br> Daniel C. Kelley (BBO#703555) <br> Robert J. Murphy (BBO#557659) <br> Holbrook & Murphy <br> 238-40 Lewis Wharf <br> Boston, MA  02110 <br> Phone (617) 428-1151 <br> Email:  sblatchley@holbrookmurphy.com <br> Email:  dkelley@holbrookmurphy.com <br> Email:  Holbrook_murphy@msn.com |
| AMERICAN HOME ASSURANCE COMPANY | DAISY SHIP HOLDINGS S.A. |
| By its attorney, | By its attorney, |
| /s/William M. Daley <br> William M. Daley (BBO#694729) <br> John E. O'Brien, Jr. (BBO#640982) <br> Robinson & Cole LLP <br> One Financial Plaza, Suite 1430 <br> Providence, RI  02303 <br> Phone (401) 709-3335 <br> Email:  wdaley@rc.com <br> Email:  jobrien@rc.com | /s/ Thomas J. Muzyka <br> Thomas J. Muzyka (BBO#365540) <br> Gregg M. Lysko (BBO#566627) <br> Clinton & Muzyka, P.C. <br> Board of Trade Building <br> One India Street, Suite 200 <br> Boston, MA  02109 <br> Phone (617) 723-9165 <br> Email:  tmuzyka@clinmuzyka.com <br> Email:  glysko@clinmuzyka.com |

| K LINE SHIP MANAGEMENT (Singapore) PTE LTD | M/V ONE HELSINKI |
|---|---|
| By its attorney, | By its attorney, |
| /s/ Thomas J. Muzyka<br>Thomas J. Muzyka (BBO#365540)<br>Gregg M. Lysko (BBO#566627)<br>Clinton & Muzyka, P.C.<br>Board of Trade Building<br>One India Street, Suite 200<br>Boston, MA  02109<br>Phone (617) 723-9165<br>Email: tmuzyka@clinmuzyka.com<br>Email: glysko@clinmuzyka.com | /s/ Thomas J. Muzyka<br>Thomas J. Muzyka (BBO#365540)<br>Gregg M. Lysko (BBO#566627)<br>Clinton & Muzyka, P.C.<br>Board of Trade Building<br>One India Street, Suite 200<br>Boston, MA  02109<br>Phone (617) 723-9165<br>Email: tmuzyka@clinmuzyka.com<br>Email: glysko@clinmuzyka.com |

Date:  December 13, 2021

CERTIFICATE OF L.R. 7.1(a)(2) COMPLIANCE

I, William Hewig certify that I have conferred with all counsel appearing in this case, and that there is no opposition to this motion.  /s/ William Hewig

CERTIFICATE OF SERVICE

I, William Hewig, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/ William Hewig

#791407/60257/0625